# HAMLIN, GRIFFIN & KOHNKE, LLC
## ATTORNEYS AT LAW
P.O. BOX 5429
ABITA SPRINGS, LOUISIANA 70420
TELEPHONE: (985) 246-6001
FACSIMILE: (985) 871-0082

EDWARD F. KOHNKE, IV
EMAIL: nkohnke@hg-e.com

OUR FILE NUMBER:



March 19, 2009

Honorable Judge Sarah S. Vance
United States District Court
500 Poydras Street
New Orleans, LA 70130

Re: *Harry Mendoza v. City of New Orleans, et al*
United States District Court, Eastern District of Louisiana
Civil Action No. 06-3040 c/w Civil Action No. 07-2231
Section "R", Division "2"

Dear Judge Vance:

I write to advise that plaintiff, Captain Harry Mendoza and all defendants have reached a settlement agreement which will be funded within 60 days. Accordingly, I respectfully request that you enter the customary temporary dismissal pending receipt of funds and execution of the release. The parties appreciate court's assistance in this matter.

Respectfully,

Edward F. Kohnke, IV

/ja
Cc: Jim Mullaly, Esq.

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____